| | |
|---|---|
| **FAEGRE BAKER DANIELS LLP**<br>TARIFA B. LADDON (Bar No. 240419)<br>*tarifa.laddon@faegrebd.com*<br>RITA MANSURYAN (Bar No. 323034)<br>*rita.mansuryan@faegrebd.com*<br>11766 Wilshire Blvd, Suite 750<br>Los Angeles, CA 90025<br>Telephone: (310) 500-2090<br>Facsimile: (310) 500-2091<br><br>SARAH L. BREW (Pro hac vice forthcoming)<br>*sarah.brew@faegrebd.com*<br>TYLER A. YOUNG (Pro hac vice forthcoming)<br>*tyler.young@faegrebd.com*<br>EMILY ZAMBRANA (Pro hac vice forthcoming)<br>*emily.zambrana@faegrebd.com*<br>90 South Seventh Street, Suite 2200<br>Minneapolis, MN 55402-3901<br>Telephone: (612) 766-7000<br>Facsimile: (612) 766-1600<br><br>Attorneys for Defendant<br>Post Consumer Brands, LLC | **REESE LLP**<br>MICHAEL R. REESE (Bar No. 206773)<br>*mreese@reesellp.com*<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Telephone: (212) 643-0500<br>Facsimile: (212) 253-4272<br><br>GEORGE V. GRANADE (Bar No. 316050)<br>*ggranade@reesellp.com*<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (212) 643-0500<br>Facsimile: (212) 253-4272<br><br>Attorneys for Plaintiff<br>Peter Tucker |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PETER TUCKER,<br><br>      Plaintiff,<br><br>v.<br><br>POST CONSUMER BRANDS, LLC,<br><br>      Defendant. | Case No.: 4:19-cv-03993-KAW<br><br>Honorable Kandis A. Westmore<br><br>**JOINT STIPULATION TO STAY ACTION PENDING DECISION ON MOTION TO DISMISS IN SIMILAR CASE IN MASSACHUSETTS FEDERAL DISTRICT COURT**<br><br>Complaint Filed: July 11, 2019 |

Plaintiff Peter Tucker ("Plaintiff") and Defendant Post Consumer Brands, LLC ("Defendant," and together with Plaintiff, the "Parties") hereby jointly stipulate and agree through their legal counsel that this action shall be stayed, and the Case Management Conference currently scheduled for October 15, 2019 be continued, until after the United States District Court for the District of Massachusetts issues an order on the pending Motion to Dismiss the First Amended Class Action Complaint in the related case *Anita S. Lima and Susan Wrublewski v. Post Consumer Brands, LLC* (D. Mass., Case No. 1:18-cv-12100-ADB).

**IT IS HEREBY STIPULATED** by and through counsel for Plaintiff and Defendant, as follows:

1. Because *Lima v. Post Consumer Brands, LLC* involves the same defendant, products, and kinds of claims as the instant case, and counsel for the parties are the same in both cases, the parties agree that the Massachusetts Federal Court's order on Post Consumer Brands, LLC's pending Motion to Dismiss in *Lima v. Post Consumer Brands* may resolve some or all of the claims in this case, or, at a minimum, will be instructive and helpful to resolving the similar factual and legal claims in this case.

2. The Parties further agree that if the Massachusetts Federal Court dismisses some or all of the claims in the Amended Complaint in *Lima v. Post Consumer Brands*, Plaintiff will have thirty (30) days from the date of the Court's dismissal order to file an amended complaint. Defendant's answer or other responsive pleading will be due thirty (30) days after Plaintiff files an amended complaint or notifies Defendant that he does not intend to file an amended complaint.

3. Alternatively, the Parties agree that if the Massachusetts Federal Court's order on Post Consumer Brands, LLC's Motion to Dismiss does not dismiss any of the claims in *Lima v. Post Consumer Brands,* Defendant Post Consumer Brands, LLC will have thirty (30) days to file a responsive pleading in this action.

**WHEREFORE**, the parties therefore request that this Court stay this case and continue the October 15, 2019 Case Management Conference until after the United States District Court for the District of Massachusetts issues an order on Post Consumer Brands, LLC's Motion to Dismiss pending in *Lima v. Post Consumer Brands*. The parties further request that the Court order that (a)

if the Court dismisses some or all of Plaintiffs' claims in *Lima v. Post Consumer Brands*, Plaintiff will have thirty (30) days from the date of the Court's order to file an amended complaint, and Defendant's answer or other responsive pleading will be due thirty (30) days after Plaintiff files an amended complaint or notifies Defendant that he does not intend to file an amended complaint, and (b) if the Court does not dismiss any of the claims in *Lima v. Post Consumer Brands,* Defendant Post Consumer Brands, LLC will have thirty (30) days to file a responsive pleading in this action.

Dated: August 8, 2019                      **FAEGRE BAKER DANIELS LLP**

By: /s/ *Tarifa B. Laddon*
     TARIFA B. LADDON
     RITA MANSURYAN
     SARAH L. BREW
     TYLER A. YOUNG
     EMILY ZAMBRANA

Attorneys for Defendant
POST CONSUMER BRANDS, LLC

Dated: August 8, 2019                      **REESE LLP**

By: /s/ *Michael Reese*
     MICHAEL R. REESE
     GEORGE V. GRANADE

Attorneys for Plaintiff
PETER TUCKER

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document

                  /s/ *Tarifa B. Laddon*
                  Tarifa B. Laddon