1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                     OAKLAND DIVISION
11

| PETER TUCKER, | Case No.: 4:19-cv-03993-YGR |
|---|---|
| Plaintiff, | Honorable Yvonne Gonzalez Rogers |
| v. | **[PROPOSED]** ORDER GRANTING JOINT STIPULATION TO STAY ACTION PENDING DECISION ON MOTION TO DISMISS IN SIMILAR CASE IN MASSACHUSETTS FEDERAL DISTRICT COURT |
| POST CONSUMER BRANDS, LLC, | |
| Defendant. | |
| | Complaint Filed:   July 11, 2019 |
| | * AS MODIFIED BY THE COURT * |

# [PROPOSED] ORDER

The Court, having considered the parties' Joint Stipulation to Stay Action Pending Decision in Similar Case, and for good cause shown, hereby allows the stipulation and approves the terms therein.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 16, 2019

_____
HONORABLE YVONNE GONZALEZ ROGERS