**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PETER TUCKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>POST CONSUMER BRANDS, LLC,<br><br>　　　　Defendant. | Case No.: 4:19-cv-03993-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS**<br><br>Complaint Filed:　　July 11, 2019 |

## [PROPOSED] ORDER

The Court, having considered the parties' Joint Stipulation to Stay Proceedings, and for good cause shown, hereby allows the stipulation and approves the terms therein. **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court hereby stays this action and cancels the July 20, 2020 Case Management Conference. On September 30, 2020, the Parties shall inform the Court of the status of their negotiations and either move to extend the stay or propose a litigation schedule for this matter.

Dated: June 5, 2020

HONORABLE YVONNE GONZALEZ ROGERS