**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PETER TUCKER,** | CASE NO.  19-cv-03993-YGR |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING STIPULATION** |
| **POST CONSUMER BRANDS, LLC,** | |
| Defendant. | |

On October 16, 2020, the parties entered a Stipulation of Voluntary Dismissal with Prejudice, presumably under Rule 41(a)(1)(A)(ii).  (Dkt. No. 50.)

The Stipulation indicated that the dismissal is "with prejudice and on the merits . . . ." Having denied defendant's motion to dismiss, but not having ruled on any class certification motion, the Court accepts the Stipulation as to plaintiff Peter Tucker himself.

The Clerk of the Court is ordered to close the case.

**IT IS SO ORDERED.**

Dated:  October 20, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California